Debra A. Miller, Esq.  (IN #27254-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARY ALICE BARNES,<br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; NELNET SERVICING, LLC; and NAVIENT SOLUTIONS, LLC;<br>　　　　Defendants. | CASE NO. 2:20-cv-01730-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Mary Alice Barnes, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

1

2

                                                Respectfully submitted,

3  Date: November 11, 2020                      */s/ Joseph B. Angelo (with permission)*
                                                Joseph B. Angelo, Esq.
4                                               Gale, Angelo, Johnson, & Pruett, P.C.
                                                1430 Blue Oaks Boulevard, Suite 250
5                                               Roseville, CA  95747
6                                               Telephone:  (916) 290-7778
                                                Fax:  (916) 721-2767
7                                               E-Mail:  jangelo@gajplaw.com

8
                                                *Counsel for Plaintiff Mary Alice Barnes*
9

10 Date: November 11, 2020                      */s/ Debra A. Miller*
                                                Debra A. Miller, Esq.  (IN #27254-49)
11                                                *(admitted Pro Hac Vice)*
                                                Schuckit & Associates, P.C.
12                                              4545 Northwestern Drive
                                                Zionsville, IN  46077
13                                              Telephone:  317-363-2400
14                                              Fax:  317-363-2257
                                                E-Mail:  dmiller@schuckitlaw.com
15

16                                              *Lead Counsel for Defendant Trans Union, LLC*
17
                                                Eileen T. Booth, Esq. (CSB #182974)
18                                              Jacobsen & McElroy PC
                                                2401 American River Drive, Suite 100
19                                              Sacramento, CA  95825
                                                Telephone:  916-971-4100
20                                              Fax:  916-971-4150
                                                E-Mail:   ebooth@jacobsenmcelroy.com
21
                                                *Local Counsel for Defendant Trans Union, LLC*
22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-CV-01730-MCE-CKD**

1

**ORDER**

2  Pursuant to the foregoing stipulation, all claims of Plaintiff Mary Alice Barnes against
3  Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Mary Alice Barnes and
4  Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.  This case
5  shall proceed on Plaintiff's remaining claims.
6  IT IS SO ORDERED.

7

8  Dated:  November 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE