Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Mary Alice Barnes

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MARY ALICE BARNES,<br><br>Plaintiff<br><br>vs.<br><br>NELNET SERVICING, LLC, et. al.<br>Defendants. | Case No.: 2:20-cv-01730-MCE-CKD<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Nelnet Servicing, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE