UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY ALICE BARNES, | ) Case No. 2:20-CV-01730-MCE-CKD |
| Plaintiff, | ) **ORDER GRANTING STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINE** |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; NELNET SERVICING, LLC; AND NAVIENT SOLUTIONS, LLC, | ) Complaint Filed: 8/28/20 |
| Defendants. | ) |

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Extend Discovery Deadline. The Court having reviewed the Motion, and being otherwise advised:

HEREBY Grants the Motion. The fact discovery deadline is extended by sixty (60) days, and is now November 26, 2021.

IT IS SO ORDERED.

Dated: October 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER GRANTING STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINE**