DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone:    303-839-3733
Facsimile:    303-839-3838

Attorney for Defendant
NAVIENT SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARY ALICE BARNES, | Case No. 2:20-CV-01730-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; NELNET SERVICING, LLC; AND NAVIENT SOLUTIONS, LLC, | Complaint Filed:  August 28, 2020 |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:                                                    SPENCER FANE LLP


                                              By:  /s/ *Dennis N. Lueck, Jr.*
                                                   DENNIS N. LUECK, JR.
                                                   Attorney for Defendant
                                                   NAVIENT SOLUTIONS, LLC

DATED: September 27, 2021                      GALE, ANGELO, JOHNSON, & PRUETT,
                                               P.C.



                                              By:  */s/Elliot Gale*
                                                   ELLIOT GALE
                                                   JOE ANGELO
                                                   Attorneys for Plaintiff
                                                   MARY ALICE BARNES

         IT IS SO ORDERED.


Dated:  October 21, 2021


                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE