Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Mary Alice Barnes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

|  |  |
|---|---|
| MARY ALICE BARNES<br><br>         Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>         Defendants. | Civil Case No.: 2:20-cv-01730-MCE-CKD<br><br>**ORDER** |

    Pursuant to the stipulation of the Parties, Navient Solutions, LLC. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  March 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE